THE WESTERN UNION TELEGRAPH CO. v. ELLYSON, Assessor, *et al.*

TAXATION OF TELEGRAPH COMPANIES. The case of the United States Express Co. v. Ellyson, Assessor, *et al.*, *ante*, holding valid the act for the taxation of property of express and telegraph companies, followed.

*Withrow & Wright*, with whom is *J. D. Caton*, for the appellant.

*C. C. Nourse* for the appellee.

COLE, J.— This case presents the same points and none other, as the foregoing case of the United States Express Company against the same defendants. And, following that case, the judgment of the General Term affirming the District Court, is also

Affirmed.